IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
RACHEL MARIE WELLER : CASE NO. 5:23-02821-MJC
    Debtor :
: CHAPTER 13
CROSSCOUNTRY MORTGAGE, LLC :
    Movant :
:
v. :
:
RACHEL MARIE WELLER :
    Respondent :

## DEBTOR'S RESPONSE TO MOTION OF CROSSCOUNTRY MORTGAGE, LLC FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Rachel Marie Weller, by and through her attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtor has no knowledge as to the holder of the mortgage. Strict proof is demanded.

5. Admitted.

6. Admitted. Further, Debtor offers to pay the arrearage in equal monthly payments over 6 months.

7. Admitted in part and denied in part. See response to paragraph 6.

8. Admitted in part and denied in part. Debtor has no knowledge as to the amount necessary to pay off the mortgage. Strict proof is demanded.

9. Denied. Debtor is providing adequate protection through regular monthly payments. To the extent that the monthly payments are in arrears, Debtor will make an offer in the near future to bring same current.

10. Movant is not entitled to fees and costs since the amount of Movant's claim exceeds the fair market value of the property. 11 U.S.C. § 506(b), <u>United Savings Association v. Timbers of Inwood Forest Assocs., Ltd.</u>, 484 U.S. 365 (U.S. Supreme Court 1988).

11. Denied. See response to paragraph 10.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 3/5/24

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF CROSSCOUNTRY MORTGAGE, LLC FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MICHAEL P. FARRINGTON, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 3/5/2024