





| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| W44 | 292439 | 129900 | 8A35 | 0000519368 | 1 |

**Earnings Statement**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 981099

Period Beginning: 10/22/2023
Period Ending: 10/28/2023
Pay Date: 11/03/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

RACHEL WELLER
101 S JOSEPH ST
TOWER CITY PA 17980-2600

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.7500 | 34.57 | 682.76 | 2,141.70 |
| Personal Time | 19.7500 | 6.20 | 122.45 | 423.64 |
| Shift Pay | 1.5000 | 45.92 | 68.88 | 202.57 |
| Vacation Pay | 19.7500 | 5.15 | 101.71 | 101.71 |
| **Gross Pay** | | | **$975.80** | 2,869.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -80.90 | 203.63 |
| | Social Security Tax | -60.53 | 178.03 |
| | Medicare Tax | -14.16 | 41.64 |
| | PA State Income Tax | -29.96 | 88.10 |
| | Tower City B Income Tax | -9.76 | 9.76 |
| | PA SUI Tax | -0.68 | 2.01 |
| | Pine Grove A Local Svc Tax | | 5.00 |
| **Other** | | | |
| | Anytime Pay Tkn | -140.00 | 340.00 |
| **Net Pay** | | **$639.81** | |
| | Checking Acct 1 | -639.81 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.44 | 1.76 |
| Personal Balnce | 0.50 | |
| Tot Work Hours | 34.57 | |
| Vacation Balnce | 0.33 | |
| Pp Pto Earned | | 3.69 |
| Pp Vac Earned | | 1.54 |
| Paid Pers Time | | 18.45 |
| Vacation Bal | | 7.70 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

Your federal taxable wages this period are $975.80

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 981099

Advice number: 00000519368
Pay date: 11/03/2023

Deposited to the account of
RACHEL WELLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5308 | xxxx xxxx | $639.81 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



Screenshot chrome: 2:37, 44Wooo00222745...

| CO. W44 | FILE 292439 | DEPT. 129900 | CLOCK 8A35 | VCHR. NO. 0000547222 | 1 |

**Earnings Statement**

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 981099

Period Beginning: 11/19/2023
Period Ending: 11/25/2023
Pay Date: 12/01/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

RACHEL WELLER
101 S JOSEPH ST
TOWER CITY PA 17980-2600

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 19.7500 | .35 | 6.91 | 3,474.04 |
| Holiday Pay | 19.7500 | 8.00 | 158.00 | 158.00 |
| Shift Pay | 1.5006 | 8.35 | 12.53 | 319.29 |
| Overtime | | | | 66.06 |
| Personal Time | | | | 470.05 |
| Shift Pay @O/T | | | | 5.02 |
| Vacation Pay | | | | 101.71 |
| **Gross Pay** | | | **$177.44** | 4,594.17 |

| Deductions Statutory | | |
|---|---|---|
| Social Security Tax | -11.03 | 285.06 |
| Medicare Tax | -2.58 | 66.67 |
| PA State Income Tax | -5.45 | 141.04 |
| Tower City B Income Tax | -1.77 | 27.00 |
| PA SUI Tax | -0.13 | 3.22 |
| Federal Income Tax | | 293.78 |
| Pine Grove A Local Svc Tax | | 5.00 |
| Other | | |
| Anytime Pay Tkn | | 620.00 |
| **Net Pay** | | **$156.48** |
| Checking Acct 1 | | -156.48 |
| **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.44 | 3.52 |
| Personal Balnce | 3.70 | |
| Tot Work Hours | 0.35 | |
| Vacation Balnce | 2.68 | |
| Pp Pto Earned | | 3.69 |
| Pp Vac Earned | | 1.54 |
| Paid Pers Time | | 29.52 |
| Vacation Bal | | 12.32 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

IF YOU HAVE PAY RELATED QUESTIONS, VISIT
HTTPS://ATOZ.AMAZON.WORK AND CLICK RESOURCES.

Your federal taxable wages this period are $177.44

© 2000 ADP, Inc.

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 981099

Advice number: 00000547222
Pay date: 12/01/2023

Deposited to the account of
RACHEL WELLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5308 | xxxx xxxx | $156.48 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**