UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RACHEL MARIE WELLER

CASE NO: 5:23-bk-02821 MJC

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/27/2024, I did cause a copy of the following documents, described below,

Notice of Rescheduled Creditors Meeting

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/27/2024

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RACHEL MARIE WELLER

CASE NO: 5:23-bk-02821 MJC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/27/2024, a copy of the following documents, described below,

Notice of Rescheduled Creditors Meeting

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/27/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rachel Marie Weller,                    Chapter        13

**Debtor 1**

Case No.        5:23−bk−02821−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Date: April 22, 2024 <br><br> Time: 10:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 27, 2024 |

ntnew341 (09/23)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 523-BK-02821 MJC
MIDDLE DISTRICT OF PENNSYLVANIA
WED MAR 27 8-26-34 PST 2024

(P)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~MAX ROSENN US COURTHOUSE~~
~~197 SOUTH MAIN STREET~~
~~WILKES BARRE  PA 18701-1500~~

BROCK  SCOTT
2011 RENAISSANCE BOULEVARD
SUITE 100
KING OF PRUSSIA  PA 19406-2782

CHIMESTRIDE BANK
ATTN BANKRUPTCY
PO BOX 417
SAN FRANCISCO  CA 94104-0417

COMCAST
CO ENHANCED RECOVERY COMPANY
8014 BAYBERRY ROAD
JACKSONVILLE  FL 32256-7412

CROSSCOUNTRY MORTGAGE  LLC
CO MR COOPER
8950 CYPRESS WATERS BOULEVARD
COPPELL  TEXAS 75019-4620

DEPT OF EDUCATIONNELNET
PO BOX 82561
LINCOLN  NE 68501-2561

~~EXCLUDE~~
~~(D)(P)DOVENMUEHLE MORTGAGE~~
~~1 CORPORATE DRIVE SUITE 360~~
~~LAKE ZURICH IL 60047-8945~~

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

PA DEPT OF REVENUE
ATTN  BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG  PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG  PA  17128-0946

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN  NE 68508-1904

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

~~EXCLUDE~~
~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES  PC~~
~~4615 DERRY STREET~~
~~HARRISBURG  PA 17111-2660~~

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEBTOR
RACHEL MARIE WELLER
101 JOSEPH STREET
TOWER CITY  PA 17980-2600