United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                               Case No. 23-02821-MJC

Rachel Marie Weller                                                                         Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                         User: AutoDocke                                             Page 1 of 2
Date Rcvd: Apr 23, 2024                             Form ID: ntcnfhrg                                       Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel Marie Weller, 101 Joseph Street, Tower City, PA 17980-2600 |
| 5602308 | + | Brock & Scott, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406-2782 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 23 2024 18:36:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5584276 | ^ | MEBN | Apr 23 2024 18:33:44 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 5584277 | + | Email/Text: bknotice@ercbpo.com | Apr 23 2024 18:36:00 | Comcast, c/o Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5589623 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2024 18:36:00 | CrossCountry Mortgage, LLC, c/o Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 5584279 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 23 2024 18:36:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5584278 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 23 2024 18:36:00 | Dept Of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5584274 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2024 18:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5606939 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2024 18:36:00 | Nationstar Mortgage, LLC, Bankruptcy Department / PO Box 619096, Dallas, TX 75261-9741 |
| 5584275 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2024 18:36:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5584838 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2024 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5587280 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 23 2024 18:36:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:**

**Name** **Email Address**

Gary J Imblum
on behalf of Debtor 1 Rachel Marie Weller gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Matthew K. Fissel
on behalf of Creditor CrossCountry Mortgage  LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Michael Patrick Farrington
on behalf of Creditor CrossCountry Mortgage  LLC mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rachel Marie Weller,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−02821−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 23, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 30, 2024  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 23, 2024 |

ntcnfhrg (08/21)