IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| RACHEL MARIE WELLER | : CASE NO. 5:23-bk-02821-MJC |
| Debtor | : CHAPTER 13 |
| | : |
| CROSSCOUNTRY MORTGAGE, LLC | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| RACHEL MARIE WELLER | : |
| Respondent | : |

## DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT FILED BY CROSSCOUNTRY MORTGAGE, LLC

AND NOW, comes Debtor, Rachel Marie Weller, by and through her attorney, Gary J. Imblum, and respectfully responds as follows:

1. Debtor filed a Chapter 13 Bankruptcy to the above term and number on December 15, 2023.

2. CrossCountry Mortgage, LLC filed a Motion for Relief on February 29, 2024.

3. A Stipulation was filed resolving the Motion for Relief on April 2, 2024. An Order approving the Stipulation was entered by the Court on April 3, 2024.

4. CrossCountry Mortgage issued a Notice of Default on May 16, 2024 indicating that Debtor was in arrears in the amount of $1,239.25.

5. CrossCountry Mortgage filed a Certification of Default with the Court on June 5, 2024.

6. Debtor indicates that she can deliver to her counsel certified funds sufficient to cure the arrearage on or before June 13, 2024.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court refrain from entering an Order granting Relief from Stay in the above matter.

Respectfully submitted,

*/s/ Gary J. Imblum*

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 6/10/24

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT FILED BY CROSSCOUNTRY MORTGAGE, LLC upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

BRENT J. LEMON, ESQUIRE
KML LAW GROUP, P.C.
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 6/10/2024