United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02821-MJC
Rachel Marie Weller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 20, 2024     Form ID: pdf010     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel Marie Weller, 101 Joseph Street, Tower City, PA 17980-2600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 20 2024 18:38:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5602308 | | Email/Text: EBN@brockandscott.com | Sep 20 2024 18:38:00 | Brock & Scott, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406 |
| 5584276 | ^ | MEBN | Sep 20 2024 18:36:00 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 5584277 | + | Email/Text: bknotice@ercbpo.com | Sep 20 2024 18:38:00 | Comcast, c/o Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5589623 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2024 18:38:00 | CrossCountry Mortgage, LLC, c/o Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 5584279 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 20 2024 18:38:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5584278 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 20 2024 18:38:00 | Dept Of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5584274 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2024 18:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5606939 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2024 18:38:00 | Nationstar Mortgage, LLC, Bankruptcy Department / PO Box 619096, Dallas, TX 75261-9741 |
| 5584275 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 18:38:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5584838 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5587280 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 20 2024 18:38:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor CrossCountry Mortgage  LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Rachel Marie Weller gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC matthew.fissel@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Rachel Marie Weller

Chapter: 13

Debtor 1 | Case No.: 5:23-bk-02821 MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.              Movant(s)

RACHEL MARIE WELLER

Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 20, 2024

Order Dismissing Case with Parties - Revised 9/17